

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH PRECUP
Assistant United States Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
sarah.precup@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR- 25-05318-TUC-MAA |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIOLATION: |
| Ryan Michael Seal, | 18 U.S.C. § 1361 |
| Defendant. | Depredation of Government Property (A Designated Class A Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 5, 2025, in the District of Arizona, the defendant RYAN MICHAEL SEAL did willfully injure and commit any depredation against property of the United States, a department or agency thereof, to wit: taillights of a vehicle belonging to United States Homeland Security Investigations (HSI), and the damage to such property is less than $1,000; all in violation of Title 18, United States Code, § 1361, a designated Class A misdemeanor.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Sarah Precup*

SARAH PRECUP
Assistant United States Attorney

Dated: 12/8/2025