Gregory J. Kuykendall, Bar # 012508
Alyssa Dormer, Bar # 038617
KUYKENDALL & ASSOCIATES
531 S Convent Ave
Tucson, AZ 85701
Tel: (520) 792-8033
greg@kuykendall-law.com
alyssa@kuykendall-law.com
Attorneys for Defendant Ryan Michael Seal

☒ FILED  ☐ LODGED
**Dec 8 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-25-5318-TUC-MAA |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| RYAN MICHAEL SEAL, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Gregory J. Kuykendall, Alyssa D. Dormer, and the law firm of Kuykendall & Associates, who are permitted to practice in this District, hereby appear as counsel of record on behalf of Defendant, Ryan Michael Seal. Effective immediately, please add Gregory J. Kuykendall and Alyssa D. Dormer as attorneys to be noticed on all matters at the following address:

Kuykendall & Associates
531 S. Convent Avenue
Tucson, AZ 85705

Tel: 520-792-8033
greg@kuykendall-law.com
alyssa@kuykendall-law.com

DATED this 8th day of December, 2025.

                                                       KUYKENDALL & ASSOCIATES
                                                       By /s/ Gregory J. Kuykendall
                                                       Gregory J. Kuykendall
                                                       Alyssa D. Dormer
                                                       531 S. Convent Avenue
                                                       Tucson, AZ 85705
                                                       Attorneys for Defendant Ryan
                                                       Michael Seal

ORIGINAL filed in open court
this 8th day of December, 2025.

/s/ Alyssa D. Dormer