Gregory J. Kuykendall, Bar # 012508
Alyssa Dormer, Bar # 038617
KUYKENDALL & ASSOCIATES
531 S Convent Ave
Tucson, AZ 85701
Tel: (520) 792-8033
greg@kuykendall-law.com
alyssa@kuykendall-law.com
Attorneys for Defendant Ryan Michael Seal

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-25-05318-TUC-JEM |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| RYAN MICHAEL SEAL, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Gregory J. Kuykendall, Alyssa D. Dormer, and the law firm of Kuykendall & Associates, who are permitted to practice in this District, hereby appear as counsel of record on behalf of Defendant, Ryan Michael Seal. Effective immediately, please add Gregory J. Kuykendall and Alyssa D. Dormer as attorneys to be noticed on all matters at the following address:

Kuykendall & Associates
531 S. Convent Avenue
Tucson, AZ 85705

Tel: 520-792-8033
greg@kuykendall-law.com
alyssa@kuykendall-law.com

DATED this 15th day of December, 2025.

          KUYKENDALL & ASSOCIATES
          By /s/ Gregory J. Kuykendall
          Gregory J. Kuykendall
          Alyssa D. Dormer
          531 S. Convent Avenue
          Tucson, AZ 85705
          Attorneys for Defendant Ryan Michael Seal

ORIGINAL electronically filed this 15th day of December, 2025.

/s/ Alyssa D. Dormer